William Moore O'Connor, by Frank O'Connor, defendant in error, v. Joseph Lipinski et al., trading as Gamm Brothers, plaintiffs in error. Gen. No. 25,003.

Action to recover for personal injury to hand of 6-year-old child, caught between cable and pulley. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed October 27, 1919.

Lighthall & Carlson, for plaintiff in error Joseph Lipinski; August G. Urbanski, of counsel. Shaeffer & Foster, for plaintiff in error Isadore Sharpe. Wilkerson, Cassels & Potter, for plaintiffs in error Julius and Isadore Gamm. Sass & Hood, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

Carl Smedberg, appellee, v. John M. Berry, appellant. Gen. No. 25,076.

Action to recover balance due for services rendered and material and money furnished defendant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed October 27, 1919.

C. Arch Williams, for appellant. Scott O. Cavette and Charles C. Spencer, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Charles H. Dodge, appellee, v. J. J. Moser and Mrs. J. J. Moser, appellants. Gen. No. 25,097.

Action on account for services rendered and material furnished by dentist. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

J. J. Moser, for appellants. Dillard B. Baker, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Cornelius J. McAuliffe, administrator of the estate of Harry A. Doering, deceased, appellee, v. The Peoples Life Insurance Company, appellant. Gen. No. 25,107.

Action of assumpsit on insurance policy. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919. Rehearing denied November 10, 1919. McSurely, P. J., dissenting.

Walter H. Eckert and Warren B. Buckley, for appellant. Edward J. Kelley, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

City of Chicago, appellee, v. Chernbino Jacobucci, appellant. Gen. No. 25,088.

Prosecution for violation of Chicago Municipal Code, secs. 2844-2847, for offering to sell at overweight. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart,